Jennifer Covel
Plaintiff *in Propria Persona*
166 McDill Drive
Port Charlotte, Florida 33953
(941)626-9363
jencovel1111@gmail.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Jennifer Covel

    PLAINTIFF

v.                                                          CASE NO. 8:21 cv2021 MSS-JSS

COMMUNITY PHYSICIANS OF NORTH PORT

    DEFENDANT

_____/

## AFFIDAVIT IN SUPPORT OF COMPLAINT

STATE OF FLORIDA    )
                                   ) ss
COUNTY OF SARASOTA  )

    I, Jennifer Covel, do hereby solemnly affirm that the statements herein are true and correct in substance and in fact and that I have personal knowledge of each.

    I am absent and without knowledge of any evidence that the plaintiff is a direct threat to any other person.

    I am absent and without evidence of any information from any health officer identifying the affiant as having any communicable disease or having been exposed to any toxic substance.

I am absent and without knowledge of any evidence or court order, obtained by any petition of the Department of Health or a public health officer, that was based upon any physician's affidavit in which the affiant was identified as having any communicable disease or having been exposed to any toxic substance.

I am absent and without knowledge of any evidence of any court order determining that the affiant is a direct threat to anyone.

I am absent and without knowledge of any evidence of any court order imposing any terms of isolation or quarantine or other measures upon the affiant.

I have previously and timely disclosed and duly noticed the defendant of a prior existing disability, and that the assertions made in the complaint are true and correct to the best of my knowledge, information and belief.

The defendant failed or refused to conduct any individualized assessment to determine whether or not I was a direct threat to anyone.

I have a documented medical history and diagnosis of an organ problem which is exacerbated by stress which directly leads to episodes of pain and various symptoms.  This underlying medical condition, which I have been hospitalized for, is one basis for my disability to undertake the mitigation measures.  I am also highly stressed by being regarded as an infectious threat by my employer and the subsequent harassment, threats of termination, segregation, and retaliation.

I was hired as a billing assistant in defendant's medical office and I dealt with processing insurance claims, patient payment, medical coding and answering questions about these procedures.  I also assisted the front desk in

scheduling patients, answering their questions and helping the office run smoothly.

On June 5, 2020 Dr. Masi allegedly tested positive for Covid, and the office was closed for six days and the staff were told to get tested or take two weeks for a quarantine. I was not sick and since I chose not to be tested I opted to take two weeks off. The office re-opened on June 11, 2020 and when I returned I found that all staff were required to wear masks. I immediately informed Jamie, the office manager, and Sheryl, the billing manager, that I have a disability which precludes me from wearing a mask. During this time Dr. Masi remained at work in his office even though he had a fever. The doctor worked the entire time he was theoretically "in quarantine" in his office, while we were there.

In mid-July, after I had spoken to office managers Jamie and Sheryl about my disability to wear a mask, Dr. Masi himself came up to me while I delivering office mail and told me that I had to wear a mask or I would be fired. From that day forward, every day, I was in fear of losing my job. I felt that I was targeted for my disability and I tried to just stay in my separate office so I would not run into Dr. Masi. I stopped drinking and eating at work so I would not need to leave my office to use the restroom. I would also take my lunch break in a nearby church so I could use the bathroom there. Sometimes I wouldn't take a break at all and I would just stay in my office. Once the church doors were closed because of lockdown I started to use the bathroom at the gas station Shell down the road. I lost a good deal of weight too. I weighed 193 pounds in early June and by mid-October I weighed 146 and this was not intentional on my part rather it was because of stress and not eating. I worked 8-9 hours a day and I felt intimidated, and threatened this whole time. During this time the office also refused to treat any patients who came in complaining of a fever,

- 18 -

shortness of breath, or even a cough! This was the atmosphere I worked in every day.

On July 22, 2020 Dr. Masi saw me in the nurse station without a mask and again told me I had to wear a mask or I'd be fired. I again spoke to the managers Sheryl and Jamie to explain that I have a disability to wear a mask and to remind them that I am not sick and to try to get their help to end the harassment. I was also being asked to give them my current temperature everyday which carried the threat of losing workdays for having a temperature. Dr. Masi kept the books and the records of our temperatures recorded by the secretary.

On August 14, 2020 in an effort to resolve this situation I arranged to speak with Dr. Masi and I offered to work from home as an option. I also gave him a packet of scholarly research materials which discussed the lack of efficacy of masks against viruses and raised some medical issues that I was concerned about.

On August 17, 2020, I was informed by the office manager Jamie that my disability would be recognized and that I could work without a mask. At the end-of-the- month staff meeting on August 28, 2020 I was commended for my work. I was pleased that even though I had been feeling intimidated I still proved myself an asset to this company. I was under a lot of stress during the previous months and this caused me digestive problems, which was a source of constant pain for months.

On September 13, 2020 I woke with a slight sore throat. All staff have been instructed to stay home if they felt unwell so I called the office and I stayed away from work for two days. I was also told that I must either get tested and present a negative test or quarantine. I told the office I would quarantine. However on September 16, 2020 the billing manager Sheryl told

me that I could come back a week early from quarantine and work on September 21.

When I returned on the 21st, I was moved into a newly constructed office area which was separate from the front office. I was moved there along with Sheryl the billing manager. We were the only ones on this side of the building for about a month. Before my return on the 21st I was still asked and allowed to help the front office staff when needed. This assistance was part of my duties. Once I came back from having a sore throat I was segregated into a separate office area with one other worker and I was not allowed to provide assistance in the main office area, even when the other staff complained that they were overworked.

On October 5, 2020, Sheryl, the billing manager, informed me I had to wear a mask. I reminded the billing manager that I have already stated my disability and I can't wear a mask. I also told her that I am not sick and Sheryl told me that I don't care about my fellow employees. When I pointed out that at our latest Friday meeting everybody was less than 6 feet apart together in one room and out of about 20 people, only people 2 wore masks, Sheryl said very quietly, "I hope nobody in your family gets the corona."

On October 7, 2020 I spoke again to Jamie my office manager to address my grievances about my ongoing discrimination. This needed to be resolved. I could no longer work like this. I had been losing weight without trying, my underlying medical condition was in constant upheaval from all my stress. I reminded her that I am not sick or contagious and that I had never been diagnosed as infectious but the stress of co-workers and Dr. Masi treating me like I was a threat was really hard for me. The stress of worrying about losing my job and losing my new career that I'd been working on was a terrible thing. I told the office manager, Jamie, if Dr. Masi wants to fire me then

- 20 -

fire me, because working in these conditions is wrong. The office manager did nothing and ignored my call for help.

On October 19, 2020 we were short staffed. However when the front desk asked Sheryl the Billing manager if I could help, which had previously been considered my normal duty, Sheryl told them I was not an option.

My vacation started October 28, 2020, so I missed the October end-of-the-month meeting. However I later learned that at this meeting the managers Jaime and Sheryl told the whole office staff that I was not to be called on to help the front office because of my disability to wear a mask. I was to be segregated and isolated into the other wing.

On November 13, 2020, I met with Dr. Masi to talk with him and to give him another letter discussing the discrimination I have experienced over my disability and the danger I feel for my career. Dr. Masi asked me if I was threatening him and I said I am trying to explain my grievances. He then demanded of me that if I am sick, or if my family is sick, that I will promise to stay home. I reminded him that I already signed a form stating that. I also told him that I found my job listed by the company on Zip Recruiter which made me feel even more threatened because it looks like they are preparing to fire me. I told him that I was no longer given the option to work weekends for extra money and that my duties had been diminished because of the segregation. All of these things made me very anxious about the state of my career and opportunity for advancement.

On November 16, 20, and 25 as well as December 1 and 4 of 2020 there were employees who called out from work but I was not allowed to assist in getting the work done. Instead the office managers made the other front office workers take on the extra work. This made my work environment even more uncomfortable because I was seen by my co-workers as useless to assist

because of my disability.  I am intentionally prevented from doing all of my duties and my disability is given as the reason I cannot assist the team.  Also my job was still listed on Zip Recruiter.

Sheryl, the billing Manager, was planning to attend an online seminar called "Medicare Speaks" on December 2 and 3.  I was invited to attend this seminar last year which was useful for building my career.  I asked Sheryl if I could be included in the seminar this year and she told me she had to ask Dr. Masi.  She later told me that Dr. Masi would not include me in the seminar like last year.  This type of retaliation prevents me from growing in my field and limits my ability to earn a raise in pay.

Due to the constant stress, my ongoing weight loss and constant stomach pains caused by the retaliation, segregation and discrimination I was undergoing I realized that I could no longer work like this.  I was frequently sick with nausea and headaches.  On December 6, 2020 I began working on filing a Charge of Discrimination with the EEOC.  On December 7, 2020 I "called out" for work that day.  On December 8, 2020 I resigned and I came to the office to get my things and give my keys to Sheryl.

*Jennifer Covel*
Jennifer Covel, Affiant

STATE OF FLORIDA  )
                  )  ss
COUNTY OF SARASOTA )

1 |      Subscribed and Sworn to before me a notary public this __19__ day of
2 | August, 2021.
3 |
4 | _Mayol J_____
    Signature of Notary                      [ls]

MARGARET F. SOUSA
Notary Public - State of Florida
Commission # GG 289328
My Comm. Expires Jan 7, 2023
Bonded through National Notary Assn.